726

New York Public Library, Astor, Lenox and Tilden Foundations, Respondent, *v.* City of New York, Appellant, and New York State Employees' Retirement System et al., Respondents.

Argued February 28, 1950; decided April 6, 1950.

*John P. McGrath, Corporation Counsel (Seymour B. Quel, W. Bernard Richland* and *William E. Walsh* of counsel), for appellant.

*Robert A. West* and *E. Sheldon Stewart* for plaintiff, respondent.

*Nathaniel L. Goldstein, Attorney-General (Samuel A. Hirshowitz* and *Wendell P. Brown* of counsel), for New York State Employees' Retirement System and another, respondents.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.